IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


JOHN CLUNE *(Pro Hac Vice Application Pending)*
**VICTIM JUSTICE INITIATIVE, P.C.**
507 Canyon Blvd, Suite 203
Boulder, CO 80302
Telephone (303) 413-8300
Fax: (303) 413-8301

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, | Case No. |
| Plaintiff, | **PLAINTIFF'S NOTICE OF EX PARTE APPLICATION** |
| vs. | |
| UNIVERSITY OF THE PACIFIC, | Date: TBD |
| | Time: TBD |
| Defendant. | Dept.: TBD |

1 **TO DEFENDANT AND THEIR ATTORNEYS**:

2 PLEASE TAKE NOTICE THAT Plaintiff hereby applies on an ex parte basis for the
3 following relief:  An order permitting Plaintiff to proceed in this action under the pseudonym
4 "Jane Doe."

5 The grounds for this ex parte application are as follows:

6 (1) Plaintiff is the victim of a violent sexual assault and a subsequent assault and
7 battery.  Plaintiff fears for her physical well-being if her name becomes publicly known.  Under
8 the authorities presented the requested order should issue.

9 This ex parte application is based on: (1) Plaintiff's Ex Parte Application For Leave to
10 Proceed Under Pseudonym "Jane Doe," (2) Declaration of Ivo Labar in Support of Application
11 For Leave to Proceed Under Pseudonym "Jane Doe" and (3) Declaration of Plaintiff in Support
12 of Application For Leave to Proceed Under Pseudonym "Jane Doe."

13 Since defense counsel has not yet appeared, all of said papers described above are
14 personally being served on defendant.

Respectfully Submitted,

DATED: March 18, 2009                **VICTIM JUSTICE INITIATIVE, P.C.**

**KERR & WAGSTAFFE, LLP**

\_\_\_\_/s/_____

IVO LABAR
Attorneys for Plaintiff

– 1 –
CASE NO.                                         PLAINTIFF'S NOTICE OF EX PARTE APPLICATION