1  IVO LABAR (203492)
   **KERR & WAGSTAFFE LLP**
2  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
3  Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5

6  JOHN CLUNE *(Pro Hac Vice Application Pending)*
   **VICTIM JUSTICE INITIATIVE, P.C.**
7  507 Canyon Blvd, Suite 203
   Boulder, CO 80302
8  Telephone (303) 413-8300
   Fax: (303) 413-8301

9

10

11

12

13 **UNITED STATES DISTRICT COURT**

14 **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, | Case No. 2:09-CV-0764 FCD KJM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE EX PARTE APPLICATION FOR A SEALING ORDER** |
| vs. | |
| UNIVERSITY OF THE PACIFIC, | |
| Defendant. | |

# **ORDER GRANTING APPLICATION TO SEAL**

Good cause appearing, the Court orders that Plaintiff's Administrative Ex Parte Application for a Sealing Order is GRANTED.

The Clerk of the Court shall seal: (1) Plaintiff's Ex Parte Application For Leave to Proceed Under Pseudonym "Jane Doe," (2) Declaration of Ivo Labar in Support of Application For Leave to Proceed Under Pseudonym "Jane Doe" and (3) Declaration of Plaintiff in Support of Application For Leave to Proceed Under Pseudonym "Jane Doe." The Clerk shall maintain these documents pursuant to Local Rule 39-141(e).

**IT IS SO ORDERED.**

DATED: March 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE



CASE NO.

– 1 –

ORDER GRANTING PLAINTIFF'S
ADMINISTRATIVE APPLICATION FOR A SEALING ORDER