Janine S. Simerly (SBN 102361)
jss@millerlawgroup.com
Jennifer Cotner (SBN (SBN 255785)
jrc@millerlawgroup.com
**MILLER LAW GROUP**
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 464-4300
Fax: (415) 464-4336

Attorneys for Defendant
UNIVERSITY OF THE PACIFIC

Ivo Labar (SBN 203492)
labar@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528
Tel.: (415) 371-8500
Fax: (415) 371-0500

John Christopher Clune, *Pro Hac Vice*
john@victimjustice.com
**VICTIM JUSTICE INITIATIVE, PC**
2363 Blake Street, Suite 203
Denver, CO  80205
Tel.: (303) 413-8300
Fax: (303) 413-8301

Attorneys for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, <br><br>           Plaintiff, <br><br> v. <br><br> UNIVERSITY OF THE PACIFIC, <br><br>           Defendant. | Case No.: 2:09-CV-00764-FCD-KJM <br><br> **STIPULATION REGARDING TIMING OF DISCLOSURE OF PSYCHIATRIC EXPERTS; ORDER** <br><br> Complaint filed:  March 18, 2009 |

1  WHEREAS, the Court entered a Pretrial Scheduling Order (the "Order") on
2 June 8, 2009, setting a deadline of February 12, 2010 to designate the identity of each
3 expert that the parties propose to tender at trial and disclose his/her written report;

4  WHEREAS, Defendant University of the Pacific contemplates filing a Motion
5 for Summary Judgment for hearing on or before June 4, 2010, pursuant to the Order;

6  WHEREAS, any of the parties' expert witnesses relating to Plaintiff's mental
7 condition (*i.e.*, psychiatric experts) would proffer testimony related to Plaintiff's alleged
8 emotional distress damages only and are, therefore, unrelated to Defendant's anticipated
9 Motion for Summary Judgment on liability;

10  WHEREAS, the parties would undergo unnecessary costs and expenses by
11 identifying psychiatric experts before the summary judgment deadline;

12  WHEREAS, good cause exists to extend the time for the parties to identify and
13 provide psychiatric expert witness reports until after the hearing on summary judgment;

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and
2  between the Parties, through their respective undersigned attorneys of record, that Plaintiff
3  shall disclose any psychiatric expert witness(es) and his or her report(s) 30 days after the
4  summary judgment hearing, on July 5, 2010, and Defendant shall respond with its rebuttal
5  psychiatric expert witness(es) and report(s) 30 days after that, on August 5, 2010.  Any
6  other expert witnesses proffered by the parties shall be disclosed pursuant to the schedule
7  laid out by the Court in the Order.

**IT IS SO STIPULATED.**

Dated:  November___, 2009          MILLER LAW GROUP
                                    A Professional Corporation


                                    By: /s/_____
                                        JANINE S. SIMERLY
                                        Attorneys for DEFENDANT
                                        UNIVERSITY OF THE PACIFIC

Dated:  November___, 2009          KERR & WAGSTAFFE LLP


                                    By: /s/_____
                                        IVO LABAR
                                        Attorneys for PLAINTIFF
                                        JANE DOE

# ORDER

Having reviewed the Stipulation executed by Plaintiff JANE DOE and Defendant UNIVERSITY OF THE PACIFIC, and good cause appearing, the Court hereby orders the following:

1. Plaintiff shall disclose her psychiatric expert witness(es) and file his or her written report(s) on July 5, 2010; and

2. Defendant shall respond with its rebuttal psychiatric expert witness(es) and report(s) on August 5, 2010; and

3. Any other expert witnesses proffered by the parties shall be disclosed pursuant to the schedule laid out by the Court in the Order.

**IT IS SO ORDERED.**

Dated: November 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE