Janine S. Simerly (SBN 102361)
Jennifer Cotner (SBN 255785)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel: (415) 464-4300
Fax: (415) 464 4336

Ivo Labar (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


John Clune, *(Pro Hac Vice)*
**VICTIM JUSTICE INITIATIVE, P.C.**
2363 Blake Street, Suite 203
Denver, CO 80205
Telephone (303) 413-8300
Fax: (303) 413-8301

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No 2:09-CV-00764-FCD-KJN |
| Plaintiff, | **STIPULATION AND ORDER REGARDING TIMING OF DISCLOSURE OF NON-PSYCHIATRIC EXPERTS** |
| vs. | |
| UNIVERSITY OF THE PACIFIC, | Complaint Filed: March 18, 2009 |
| Defendant. | |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that due to unforeseen delays in concluding discovery matters, the parties shall disclose their non-psychiatric expert witnesses and his or her reports no later than March 26, 2010, disclose any supplemental experts no later than April 16, 2010, and complete expert discovery by May 21, 2010. Any other disclosures regarding psychiatric expert witnesses shall be made consistent with the Court's Status (Pretrial Scheduling) Order.

**IT IS SO STIPULATED**

Dated this 12th day of February, 2010.

MILLER LAW GROUP
A Professional Corporation

_____/s/_____
JANINE SIMERLY
JENNIFER COTNER
Attorneys for DEFENDANT UNIVERSITY OF THE PACIFIC

VICTIM JUSTICE, PC

_____/s/_____
JOHN C. CLUNE
Attorney for Plaintiff Jane Doe

KERR & WAGSTAFFE LLP

_____/s/_____
IVO LABAR
Attorney for Plaintiff Jane Doe

/ / /

/ / /

# **ORDER**

Having reviewed the Stipulation executed by Plaintiff JANE DOE and Defendant UNIVERSITY OF THE PACIFC, and good cause appearing, the Court hereby orders the following:

1. Parties shall disclose a list of all non-psychiatric experts no later than March 26, 2010.
2. Any supplemental expert disclosures made in response to experts previously disclosed must be made no later than April 16, 2010.
3. All discovery regarding experts must be concluded no later than May 21, 2010.

**IT IS SO ORDERED.**

DATED: February 16, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE