JANINE S. SIMERLY (SBN 102361)
JENNIFER COTNER (SBN 255785)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel: (415) 464-4300
Fax: (415) 464 4336

IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


JOHN CLUNE, *Pro Hac Vice*
**VICTIM JUSTICE, P.C.**
2363 Blake Street, Suite 203
Denver, CO 80205
Telephone (303) 413-8300
Fax: (303) 413-8301

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, | Case No 2:09-CV-00764-FCD-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY THE COURT'S SCHEDULING ORDER** |
| vs. | |
| UNIVERSITY OF THE PACIFIC, | Complaint Filed: March 18, 2009 |
| Defendant. | |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that due to scheduling needs of the parties, the hearing date, if necessary, on the Defendant's Motion for Summary Judgment shall be August 6, 2010. In accord with that date change, the parties agree that the Plaintiff shall file any opposition to the Defendant's motion no later than May 28, 2010 and the Defendant shall file any reply no later than June 9, 2010. Additionally, the parties agree to continue the trial date currently scheduled for October 19th, 2010 and instead commence on January 11th, 2011. In accordance with that change, the parties agree to a pre-trial conference date of November 12, 2010.

**IT IS SO STIPULATED**

Dated this 21st day of May, 2010.

                                    MILLER LAW GROUP
                                    A Professional Corporation


                                    ____/s_____
                                    JANINE SIMERLY
                                    JENNIFER COTNER
                                    Attorneys for DEFENDANT UNIVERSITY OF THE PACIFIC



                                    VICTIM JUSTICE, PC


                                    ____/s_____
                                    IVO LABAR
                                    JOHN CLUNE
                                    Attorneys for Plaintiff Jane Doe

# ORDER

Having reviewed the Stipulation executed by Plaintiff JANE DOE and Defendant UNIVERSITY OF THE PACIFIC, and good cause appearing, the Court hereby orders the following:

1. The hearing date of June 4, 2010 on the Plaintiff's Motion for Summary Judgment shall be vacated and reset to August 6, 2010, at 10:00 a.m..  Plaintiff shall file any opposition no later than May 28, 2010, and Defendant shall file any reply no later than June 9, 2010.
2. The Final Pretrial Conference currently scheduled for August 6, 2010 is hereby vacated and reset for November 12, 2010, at 1:30 p.m.
3. The Jury Trial date currently scheduled for October 19, 2010 is herby vacated and reset to commence on January 11, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: May 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE