IVO LABAR (203492)
labar@kerrwagstaffe.com
JACQUELINE SCOTT CORLEY (173752)
corley@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


JOHN CLUNE, *(Pro Hac Vice)*
john@victimjustice.com
**VICTIM JUSTICE, P.C.**
2363 Blake St, Suite 203
Denver, CO  80205
Telephone (303) 413-8300
Fax:  (303) 413-8301

Attorneys for Plaintiff
JANE DOE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>            Defendant. | Case No 2:09-CV-00764-FCD-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL (L.R. 39-141)**<br><br>**Hon. Frank C. Damrell, Jr.**<br><br>Complaint filed: March 18, 2009<br><br>Trial Date: January 11, 2011 |

1  Having reviewed Plaintiff's Motion to File Under Seal (the "Motion") and good cause
2  appearing therefore, the Court orders as follows: Plaintiff's Motion is hereby GRANTED.
3  Plaintiff's Opposition to Motion for Summary Judgment and, in the Alternative, Partial
4  Summary Judgment, and all supporting pleadings and evidence, may be filed under seal.  The
5  Clerk shall maintain these documents pursuant to Local Rule 39-141(e).

7  IT IS SO ORDERED.

DATED: May 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE