Janine S. Simerly (SBN 102361)
    jss@millerlawgroup.com
Jennifer Cotner (SBN (SBN 255785)
    jrc@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 464-4300
Fax: (415) 464-4336

Attorneys for Defendant
UNIVERSITY OF THE PACIFIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>        Defendant. | Case No.: 2:09-CV-00764-FCD-KJM<br><br>**ORDER GRANTING DEFENDANT UNIVERSITY OF THE PACIFIC'S REQUEST TO FILE DOCUMENTS UNDER SEAL (L.R. 141)**<br><br>**Hon. Frank C. Damrell, Jr.**<br><br>Complaint filed: March 18, 2009<br>Trial Date: January 11, 2011 |

Having reviewed Defendant's Notice of Request and Request to File Under Seal (the "Motion") and good cause appearing therefore, the Court orders as follows: Defendant's Motion is hereby GRANTED.

Defendant's Reply Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment, and all supporting pleadings and evidence, may be filed under seal. The Clerk

1  shall maintain these documents pursuant to Local Rule 141(e).

3      IT IS SO ORDERED.

Dated: June 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE