JANINE S. SIMERLY (SBN 102361)
JENNIFER COTNER (SBN 255785)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel: (415) 464-4300
Fax: (415) 464 4336

IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


JOHN CLUNE, *(Pro Hac Vice)*
**VICTIM JUSTICE, P.C.**
2363 Blake Street
Denver, CO 80205
Telephone (303) 413-8300
Fax: (303) 413-8301

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No 2:09-CV-00764-FCD-KJM |
| Plaintiff, | **STIPULATION AND ORDER REGARDING MODIFICATION OF CASE MANAGEMENT ORDER** |
| vs. | |
| UNIVERSITY OF THE PACIFIC, | Complaint Filed: March 18, 2009 |
| Defendant. | |

**STIPULATION AND ORDER REGARDING MODIFICATION OF CASE MANAGEMENT ORDER**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that due to the desire to avoid any unneeded costs of litigation, the parties shall agree to the following:

1. That the trial date of January 11, 2011 is vacated and the case shall now be set for trial on March 22nd, 2011.
2. That the pretrial conference date is now set for January 21, 2011 at 1:30pm.
3. That expert discovery shall be concluded by November 19th, 2010.
4. That disclosure of psychiatric expert shall be concluded by October 1, 2010.
5. That plaintiff shall disclose non-psychiatric experts by September 24th, 2010.
6. That defendant shall disclose non-psychiatric experts by October 15th, 2010.

**IT IS SO STIPULATED**

Dated this 15th day of July, 2010.

MILLER LAW GROUP
A Professional Corporation

_____/s/_____
JANINE SIMERLY
JENNIFER COTNER
Attorneys for DEFENDANT UNIVERSITY OF THE PACIFIC

VICTIM JUSTICE, PC

_____/s/_____
JOHN C. CLUNE
Attorney for Plaintiff Jane Doe

– 2 –
**STIPULATION AND ORDER REGARDING MODIFICATION OF CASE MANAGEMENT ORDER**

# ORDER

Having reviewed the Stipulation executed by Plaintiff JANE DOE and Defendant UNIVERSITY OF THE PACIFIC, and good cause appearing, the Court hereby orders the following:

1. That the trial date of January 11, 2011 is vacated and the case is now set for trial on March 22, 2011, at 9:00 a.m.
2. That the pretrial conference date is now set for January 21, 2011 at 1:30pm.
3. That expert discovery shall be concluded by November 19, 2010.
4. That disclosure of psychiatric expert shall be concluded by October 1, 2010.
5. That plaintiff shall disclose non-psychiatric experts by September 24, 2010.
6. That defendant shall disclose non-psychiatric experts by October 15, 2010.

**IT IS SO ORDERED.**

**DATED:** July 16, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE