JANINE S. SIMERLY (SBN 102361)
JENNIFER COTNER (SBN 255785)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel: (415) 464-4300
Fax: (415) 464 4336

IVO LABAR (203492)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


JOHN CLUNE, *(Pro Hac Vice)*
**VICTIM JUSTICE, P.C.**
2363 Blake Street
Denver, CO 80205
Telephone (303) 413-8300
Fax: (303) 413-8301

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>          Defendant. | Case No.  2:09-CV-00764-FCD-KJM<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF CASE MANAGEMENT ORDER**<br><br>Complaint Filed: March 18, 2009 |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that due to the desire to avoid any unneeded costs of litigation, the parties shall agree to the following:

1. That the hearing date on Defendant's Motion for Summary Judgment is continued and the matter shall now be set for hearing on September 10, 2010 at 10am.
2. That disclosure of psychiatric experts shall be concluded by October 22, 2010.
3. That Plaintiff shall disclose non-psychiatric experts by October 1st, 2010.
4. That Defendant shall disclose non-psychiatric experts by October $22^{th}$, 2010.

**IT IS SO STIPULATED**

Dated this 28th day of July, 2010.

MILLER LAW GROUP
A Professional Corporation


\_\_/s/_____
JANINE SIMERLY
JENNIFER COTNER
Attorneys for DEFENDANT UNIVERSITY OF THE PACIFIC


VICTIM JUSTICE, PC


\_\_/s/_____
JOHN C. CLUNE
Attorney for Plaintiff Jane Doe

– 2 –
**STIPULATION AND ORDER REGARDING MODIFICATION OF CASE MANAGEMENT ORDER**

KERR
& 
WAGSTAFFE
LLP

# ORDER

Having reviewed the Stipulation executed by Plaintiff JANE DOE and Defendant UNIVERSITY OF THE PACIFIC, and good cause appearing, the Court hereby orders the following:

1. That the hearing date on Defendant's Motion for Summary Judgment is continued and the matter shall now be set for hearing on September 10, 2010 at 10:00 a.m.
2. That disclosure of psychiatric experts shall be concluded by October 22, 2010.
3. That Plaintiff shall disclose non-psychiatric experts by October 1st, 2010.
4. That Defendant shall disclose non-psychiatric experts by October 22th, 2010.

**IT IS SO ORDERED.**

DATED: July 29, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE