UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>　　　　　Defendant. | Case No.: 2:09-CV-00764-FCD-KJM<br><br>**ORDER GRANTING DEFENDANT UNIVERSITY OF THE PACIFIC'S REQUEST TO FILE DOCUMENTS UNDER SEAL (L.R. 141)**<br><br>**Hon. Frank C. Damrell, Jr.**<br><br>Complaint filed: March 18, 2009<br>Trial Date: January 11, 2011 |

　　　　Having reviewed Defendant's Notice of Request and Request to Seal Documents (the "Motion"), and Plaintiff's Opposition thereto (Docket #80), and good cause appearing therefore, the Court orders as follows:  Defendant's Motion is hereby GRANTED.

　　　　Defendant's Motion for Award of Attorney Fees and Sanctions and all supporting pleadings and evidence may be filed under seal.  The Clerk shall maintain these documents pursuant to Local Rule 141(e).

　　　　IT IS SO ORDERED.

Dated: October 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE