JOHN CLUNE, *(Pro Hac Vice)*
john@victimjustice.com
**VICTIM JUSTICE, P.C.**
2363 Blake St, Suite 203
Denver, CO  80205
Telephone (303) 413-8300
Fax:  (303) 413-8301


IVO LABAR (203492)
labar@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


Attorneys for Plaintiff
JANE DOE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>     vs.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>              Defendant. | Case No. 2:09-CV-00764-FCD-KJN<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL (L.R. 141)**<br><br>HON. FRANK C. DAMRELL, JR. |

1  Having reviewed Plaintiff's Notice of Request and Request to Seal Documents (the
2  "Motion") and good cause appearing therefore, the Court orders as follows: Plaintiff's Motion is
3  hereby GRANTED.
4  Plaintiff's Opposition to the Motion for Attorney Fees and Sanctions and all supporting
5  evidence: namely, the Declarations of John Clune and Jane Doe, may be filed under seal. The
6  Clerk shall maintain these documents pursuant to Local Rule 141(e).

8  IT IS SO ORDERED.

10  Dated: November 8, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE