Janine S. Simerly (SBN 102361)
 *jss@millerlawgroup.com*
Joseph P. Mascovich (SBN 103167)
 *jpm@millerlawgroup.com*
Jennifer Cotner (SBN (SBN 255785)
 *jrc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel.: (415) 464-4300
Fax: (415) 464-4336

Attorneys for Defendant
UNIVERSITY OF THE PACIFIC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>              Defendant. | Case No.: 2:09-CV-00764-FCD-KJM<br><br>**ORDER GRANTING DEFENDANT UNIVERSITY OF THE PACIFIC'S REQUEST TO FILE DOCUMENTS UNDER SEAL (L.R. 141)**<br><br>**Hon. Frank C. Damrell, Jr.**<br><br>Complaint filed:  March 18, 2009<br>Trial Date:  January 11, 2011 |

Having reviewed Defendant's Notice of Request and Request to Seal Documents (the "Motion") and good cause appearing therefore, the Court orders as follows: Defendant's Motion is hereby GRANTED.

Defendant University of the Pacific's Reply Memorandum of Points and Authorities in Support of Motion for Award of Attorney Fees and Sanctions may be filed under seal.  The Clerk shall maintain these documents pursuant to Local Rule 39-141(e).

1   IT IS SO ORDERED.

Dated: November 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING DEFENDANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL**
**(L.R. 141) – Case No.: 2:09-CV-00764-FCD-KJM**