1  Janine S. Simerly (SBN 102361)
       jss@millerlawgroup.com
2  Jennifer Cotner (SBN (SBN 255785)
       jrc@millerlawgroup.com
3  **MILLER LAW GROUP**
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel.: (415) 464-4300
   Fax: (415) 464-4336
6
7  Attorneys for Defendant
   UNIVERSITY OF THE PACIFIC

8  Ivo Labar (SBN 203492)
       labar@kerrwagstaffe.com
9  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
10 San Francisco, CA 94105-1528
   Tel.: (415) 371-8500
11 Fax: (415) 371-0500

12 John Christopher Clune, *Pro Hac Vice*
       john@victimjustice.com
13 **VICTIM JUSTICE INITIATIVE, PC**
   2363 Blake Street, Suite 203
14 Denver, CO  80205
   Tel.: (303) 413-8300
15 Fax: (303) 413-8301

16 Attorneys for Plaintiff
   JANE DOE

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21 | JANE DOE, | Case No.: 2:09-CV-00764-FCD-KJM |
| --- | --- |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR REDACTING EVIDENCE** |
| v. | |
| UNIVERSITY OF THE PACIFIC, | Complaint filed:  March 18, 2009 |
| Defendant. | |

WHEREAS, the Court, at the hearing which took place on December 3, 2010, ordered the parties to submit to the Court in camera on or before January 6, 2011 redacted copies of all attachments filed in connection with the Motion for Summary Judgment and fees motion, including all evidence, and the transcript of the hearing on Defendant's Motion for Summary Judgment;

WHEREAS, the parties agree that they need a short extension of time to redact the voluminous evidence submitted in connection with the Motion for Summary Judgment;

WHEREAS, good cause exists to extend the time for the parties;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned attorneys of record, that the date to submit all attachments in connection with the Motion for Summary Judgment and fees motion and the transcript of the hearing on Defendant's Motion for Summary Judgment be extended from January 6, 2011 to January 11, 2011.

**IT IS SO STIPULATED.**

Dated:  January 5, 2011                              MILLER LAW GROUP
                                                     A Professional Corporation


                                                     By: _____/s/_____
                                                         JANINE S. SIMERLY
                                                         Attorneys for DEFENDANT
                                                         UNIVERSITY OF THE PACIFIC

1  Dated:  January 5, 2011                    VICTIM JUSTICE

2

3

4                                            By: _____/s/_____
                                                  JOHN CLUNE
5                                                 Attorneys for PLAINTIFF
                                                  JANE DOE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
3
**STIPULATION RE: EXTENDING TIME FOR REDACTING EVIDENCE**
**Case No.: 2:09-CV-00764-FCD-KJM**

# ORDER

Having reviewed the Stipulation executed by Plaintiff JANE DOE and Defendant UNIVERSITY OF THE PACIFIC, and good cause appearing, the Court hereby orders the following:

Plaintiff and Defendant shall file redacted versions of all attachments filed in connection with the Motion for Summary Judgment and fees motion, including all evidence, and the transcript of the hearing on Defendant's Motion for Summary Judgment, on or before January 11, 2011.

**IT IS SO ORDERED.**

Dated: January 5, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE